CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 26 2011

JULIA C. DUDLEY, CLERK
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CLEAVE WILLIAMS, JR., <br> Plaintiff, <br> v. <br><br> OFFICER OSBOURNE, et al., <br> Defendants. | Civil Action No. 7:11cv-00152 <br><br> ORDER <br><br> By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it hereby is

**ORDERED**

that this action is **DISMISSED without prejudice**; all pending motions are **DENIED as moot**; and this action is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time of his choice.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 26th day of May, 2011.

/s/ James C. Turk
Senior United States District Judge